UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY  (Newark)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2020-0356

**Powers Kirn, LLC**
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ  08057
(856) 802-1000
Attorney for AryMing Asset Holdings, LLC

In Re:

Jeanne Jules

**Order Filed on September 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  20-17709-VFP

Chapter:  7

Hearing Date:  September 29, 2020

Judge:  Honorable Vincent F. Papalia

| Recommended Local Form: | ☒ Followed | ☐ Modified |
| --- | --- | --- |

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 30, 2020**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Powers Kirn, LLC, Attorneys for AryMing Asset Holdings, LLC debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒  Real property more fully described as 89 Melrose Avenue, Irvington, NJ  07111

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 20-17709-VFP

JEANNE JULES                                                                    Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                       Page 1 of 2

Date Rcvd: Oct 01, 2020                  Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

**Recip ID**    **Recipient Name and Address**
db     + JEANNE JULES, 19 BROOKWOOD DRIVE, Maplewood, NJ 07040-2047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020                          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Denise E. Carlon

    on behalf of Creditor Limosa  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeffrey Lester

    on behalf of Trustee Jeffrey Lester jlester@bllaw.com  NJ19@ecfcbis.com

Jeffrey Lester

    jlester@bllaw.com  NJ19@ecfcbis.com

John P. Dell'Italia

    on behalf of Debtor JEANNE JULES johnpdell@aol.com  Thegreycliffs@gmail.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers

    on behalf of Creditor AryMing Asset Holdings  LLC ecf@powerskirn.com

District/off: 0312-2                        User: admin                                    Page 2 of 2
Date Rcvd: Oct 01, 2020                     Form ID: pdf903                              Total Noticed: 1

William M.E. Powers, III

on behalf of Creditor AryMing Asset Holdings  LLC ecf@powerskirn.com

TOTAL: 7